# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> ) <br> v. ) <br> ) Case No.: 3:19-mj-00224-MRC <br> ) <br> OLABANJI O. EGBINOLA. ) <br> ) <br> *Defendant.* ) <br> ) | |

## NOTICE OF APPEARANCE FOR DEFENDANT, MR. OLABANJI EGBINOLA

COMES NOW, Benjamin A. Beliles, Esquire, of the law firm Beliles & Associates, and gives notice of his appearance in the above-captioned case on behalf of the Defendant, Olabanji O. Egbinola.

Dated: March 29, 2022.                    Respectfully Submitted,

                             /s/ Benjamin A. Beliles
                            Benjamin A. Beliles, Esquire (VSB #72723)
                            BELILES & ASSOCIATES, PLLC
                            1108 East Main Street, Suite 1002
                            Richmond, Virginia 23219
                            Tel: (804) 223-0297
                            Fax: (804) 414-7758
                            bbbeliles@benwinsagain.com

                            *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 29th day of March, 2022, a copy of the foregoing was filed via CM/ECF, which will send a notification of such filing to all counsel of record.

                      /s/ Benjamin A. Beliles
Benjamin A. Beliles, Esquire (VSB #72723)
BELILES & ASSOCIATES, PLLC
1108 East Main Street, Suite 1002
Richmond, Virginia 23219
Tel: (804) 223-0297
Fax: (804) 414-7758
benbeliles@gmail.com